UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                          Case No. 3:26-cr-59

vs.

AUSTIN WOMBLE, *et al.*,             District Judge Michael J. Newman

     Defendants.

---

## ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY JULY 31, 2026

---

This case is before the Court following its Order granting the Government's unopposed motion for a protective order.  Doc. No. 26.  This case is currently in need of an updated timetable and procedures for pretrial disclosure.  Accordingly, the Court **REQUIRES** the parties to file a joint status report, including: (1) a Notice identifying the current Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, a status report deadline, and a trial date, by **the close of business on July 31, 2026**.

     **IT IS SO ORDERED.**

July 24, 2026                    s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge